## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,** | ) ) ) ) |
| **SALIEH HUSSAIN ALI AL-MUDAFARI,** | ) )Civil Action No. 1:05CV02185 (JR) ) |
| *Petitioners,* | ) ) |
| *v.* | ) ) |
| **GEORGE W. BUSH,** *et al.,* | ) ) |
| *Respondents.* | ) ) ) |

## MOTION OF ELLEN A. HOCHBERG FOR
### ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Ellen A. Hochberg, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case.  In support of the motion, Ms. Hochberg provides her declaration, attached as Exhibit A.

Dated: November 9, 2005.

Respectfully submitted,

Counsel for Petitioner Al-Mithali:

/s/ Jennifer C. Argabright
Jennifer C. Argabright (Bar No. 480763)
John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118

40083933v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, | ) ) ) ) |
| SALIEH HUSSAIN ALI AL-MUDAFARI, | ) ) )Civil Action No. 1:05CV02185 (JR) ) |
| *Petitioners*, | ) ) ) |
| *v.* | ) ) |
| GEORGE W. BUSH, *et al.,* | ) ) ) |
| *Respondents.* | ) ) ) |

# EXHIBIT A

MOTION OF ELLEN A. HOCHBERG FOR
ADMISSION *PRO HAC VICE*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, <br><br> SALIEH HUSSAIN ALI AL-MUDAFARI, <br><br> *Petitioners,* <br><br> *v.* <br><br> GEORGE W. BUSH, *et al.,* <br><br> *Respondents.* | )<br>)<br>)<br>)<br>)<br>)Civil Action No. 05-CV-02185 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ELLEN A. HOCHBERG

I, ELLEN A. HOCHBERG ("Applicant"), declare as follows:

1.  <u>Request for Admission</u>:  I am an associate in the law firm Debevoise & Plimpton LLP, and I hereby request permission to participate in this action as counsel without compensation for Petitioners Abdu Al-Qader Hussain Al-Mudafari and Salieh Hussain Ali Al-Mudafari.

2.  <u>Name and Address of Applicant's Law Firm:</u>
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY  10022
    Tel: 212-909-6000
    Fax: 212-909-6836

3.    <u>Bar Admission(s)</u>:  I am a member of the Bar of the State of New York (EH 9843).

4.    <u>Certification of Good Standing</u>:  I certify that I have not been disbarred, censured, or disciplined by any court of record or state bar association.  There are no pending disciplinary proceedings against me.

5.    <u>Previous Appearances in this Court</u>:  I have not been admitted *pro hac vice* in this Court within the last two years.

6.    <u>Residence Outside District</u>:  I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this ___8th___ day of November 2005.

*Ellen A. Hochberg*

Ellen A. Hochberg

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,** | ) ) ) |
| **SALIEH HUSSAIN ALI AL-MUDAFARI,** | ) ) )Civil Action No. 1:05CV02185 (JR) |
| *Petitioners,* | ) ) ) |
| *v.* | ) ) |
| **GEORGE W. BUSH,** *et al.,* | ) ) |
| *Respondents.* | ) ) ) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion of Ellen A. Hochberg made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of November, 2005, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable James Robertson
United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Ellen A. Hochberg for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 9th day of November, 2005.

            /s/ Jennifer C. Argabright
          Jennifer C. Argabright