UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
ABDU AL-QADER HUSSAIN AL-MUDAFARI, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

SALIEH HUSSAIN ALI AL-MUDAFARI, :
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari, :
                                                    Civil Action No. 05-CV-02185
                    *Petitioners*, : (JR)

v. :

GEORGE W. BUSH, *et al.*, :

                    *Respondents.* :
------------------------------------------------------------------- x

**MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT
OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner Abdu Al-Qader Hussain Al-Mudafari ("Petitioner Al-Mudafari"), by and through his next friend Salieh Hussain Ali Al-Mudafari ("Next Friend Al-Mudafari") (collectively "Petitioners"), respectfully submit this motion requesting the Court, pursuant to 28 U.S.C. § 2243, to issue forthwith (1) a writ of habeas corpus, compelling Respondents to either (a) release Petitioner Al-Mudafari or (b) to establish in this Court a lawful basis for Petitioner Al-Mudafari's detention; or alternatively, (2) an order directing Respondents to show cause why a writ of habeas corpus should not be granted. The writ, or order to show cause, pursuant to 28 U.S.C. § 2243, shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The grounds for this motion are contained in the accompanying memorandum of law.

22067559v1

Dated: November 10, 2005.

       Respectfully submitted,

       /s/ John B. Missing
       John B. Missing (Bar No. 425469)
       Jennifer C. Argabright (Bar No. 480763)
       DEBEVOISE & PLIMPTON LLP
       555 13th Street, N.W.
       Washington, D.C. 20004-1169
       Tel: (202) 383 8000
       Fax: (202) 383 8118

       Jeffrey I. Lang
       Jennifer R. Cowan
       Ellen A. Hochberg
       Tatia L. Miller
       DEBEVOISE & PLIMPTON LLP
       919 Third Avenue
       New York, NY 10022
       Tel: (212) 909-6000
       Fax: (212) 909-6836

       *Of Counsel*
       Barbara Olshansky
       CENTER FOR CONSTITUTIONAL RIGHTS
       666 Broadway, 7th Floor
       New York, New York 10012
       Tel: (212) 614-6439
       Fax: (212) 614-6499

       Counsel for Petitioners

22067559v1