UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
**ABDU AL-QADER HUSSAIN AL-MUDAFARI,**   :
    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,**   :

**SALIEH HUSSAIN ALI AL-MUDAFARI,**   :
    **as Next Friend of Abdu Al-Qader Hussain**
    **Al-Mudafari,**   :
                                            **Civil Action No. 05-CV-02185**
                    *Petitioners,*   :   **(JR)**

v.   :

**GEORGE W. BUSH,** *et al.*,   :

                    *Respondents.*   :
------------------------------------------------------------------- x

## MOTION OF JENNIFER R. COWAN FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jennifer R. Cowan, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Cowan provides her declaration, attached as Exhibit A.

Dated: November 15, 2005.

                                  Respectfully submitted,

                                  Counsel for Petitioners:

                                  /s/ Jennifer C. Argabright
                                  Jennifer C. Argabright (Bar No. 480763)
                                  John B. Missing (Bar No. 425469)
                                  DEBEVOISE & PLIMPTON LLP
                                  555 13th Street, N.W.
                                  Washington, D.C. 20004-1169
                                  Tel: (202) 383 8000
                                  Fax: (202) 383 8118

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
ABDU AL-QADER HUSSAIN AL-MUDAFARI,              :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                       :

SALIEH HUSSAIN ALI AL-MUDAFARI,                 :
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari,                                :
                                                    Civil Action No. 05-CV-02185
                           Petitioners,         :   (JR)

v.                                              :

GEORGE W. BUSH, et al.,                         :

                           Respondents.         :
------------------------------------------------------------------- x
```

## DECLARATION OF JENNIFER R. COWAN

I, JENNIFER R. COWAN ("Applicant"), declare as follows:

1. <u>Request for Admission</u>: Applicant is an associate in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners.

2. <u>Name and Address of Applicant's Law Firm</u>:
   Debevoise & Plimpton LLP
   919 Third Avenue
   New York, NY  10022
   Tel: 212-909-6000
   Fax: 212-909-6836

3. <u>Bar Admission(s)</u>: Applicant is a member of the Bar of the State of New York and is also registered to practice before the Second Circuit, United States District

Court for the Southern District of New York and United States District Court for the Eastern District of New York.

  4. <u>Certification of Good Standing</u>: Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

  5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years. However, Applicant is representing two other detainees at Guantanamo Bay in habeas proceedings and has *pro hac vice* motions pending in those actions.

  6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 15th day of November 2005.

              _____
              Jennifer R. Cowan

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------- x
**ABDU AL-QADER HUSSAIN AL-MUDAFARI,**    :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                 :

**SALIEH HUSSAIN ALI AL-MUDAFARI,**       :
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari,                          :
                                              **Civil Action No. 05-CV-02185**
                        *Petitioners,*    :   **(JR)**

v.                                        :

**GEORGE W. BUSH,** *et al.,*             :

                        *Respondents.*    :
---------------------------------------------------------------- x

## [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Jennifer R. Cowan made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of November, 2005, ORDERED that the appearance be and hereby is GRANTED.

_____
The Honorable James Robertson
United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Jennifer R. Cowan for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 15th day of November, 2005.

>/s/ Jennifer C. Argabright
>Jennifer C. Argabright

40083020v3