UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x

ABDU AL-QADER HUSSAIN AL-MUDAFARI,  :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,  :

  :

SALIEH HUSSAIN ALI AL-MUDAFARI,
    as Next Friend of Abdu Al-Qader Hussain  : Civil Action No. 05-CV-02185
    Al-Mudafari,  (JR)

  :
                      *Petitioners*,
  :

v.
  :

GEORGE W. BUSH, *et al*.,
  :
                      *Respondents.*

---------------------------------------------------------------------- x

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Petitioners Abdu Al-Qader Hussain Al-Mudafari and Salieh Hussain Ali Al-Mudafari hereby file an Amended Certificate of Service with respect to Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2243 or, Alternatively, for an Order to Show Cause; and Petitioners' Consent Motion for Entry of Protective Order. The original Certificates of Service erroneously described the method and date of service of non-electronic versions of the above-described motions, and the amended certificate of service merely corrects the error by accurately describing the method and date of service, in addition to service via electronic filing.

The Amended Certificate of Service is attached as Exhibit A to this Notice.

22072521v1

Dated: November 17, 2005.

        Respectfully submitted,

        /s/ Jennifer C. Argabright
        Jennifer C. Argabright (Bar No. 480763)
        John B. Missing (Bar No. 425469)
        DEBEVOISE & PLIMPTON LLP
        555 13th Street, N.W.
        Washington, D.C. 20004-1169
        Tel: (202) 383 8000
        Fax: (202) 383 8118


        Jeffrey I. Lang
        Jennifer R. Cowan
        Ellen A. Hochberg
        Tatia L. Miller
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, NY 10022
        Tel: (212) 909-6000
        Fax: (212) 909-6836


        *Of Counsel*
        Barbara Olshansky
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499

        Counsel for Petitioners