## AMENDED CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I caused true and accurate copies of Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2243 or, Alternatively, for an Order to Show Cause; and Petitioners' Consent Motion for Entry of Protective Order to be sent by Federal Express on November 11, 2005 for service upon the following persons, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 17th day of November, 2005.

                                                  /s/ Jennifer C. Argabright
                                                  Jennifer C. Argabright