UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI,  : <br>     Detainee, Guantánamo Bay Naval Station <br>     Guantánamo Bay, Cuba,                                    : <br><br> SALIEH HUSSAIN ALI AL-MUDAFARI,      : <br>     as Next Friend of Abdu Al-Qader Hussain <br>     al-Mudafari,                                                    : <br>                                                                                       *Petitioners*,  : <br><br> v.                                                                                        : <br><br> GEORGE W. BUSH, *et al.*,                         : <br><br>                                                                        *Respondents*.  : | Civil Action No. 05-CV-02185 (JR) |

## [PROPOSED] ORDER ENJOINING TRANSFER

       The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Al-Mudafari From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Al-Mudafari And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo;  and

       HAVING FOUND THAT Petitioner Al-Mudafari will suffer irreparable harm in the absence of immediate action by the Court, and that Petitioner Al-Mudafari's Petition for Issuance of a Writ of Habeas Corpus raises substantial issues; and that the public interest weighs in favor of an order, and that Respondents will not suffer unfair prejudice or harm;

       IT IS HEREBY ORDERED that the Motion is granted; and

       IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are preliminarily enjoined from removing Petitioner Al-Mudafari from Guantánamo Bay Naval Base ("Guantánamo"), other than

to transfer him to another facility within the United States or to release him within the United States, pending final judgment on the Petition for Issuance of a Writ of Habeas Corpus.

                                                                             _____

                                                                             JAMES ROBERTSON

Dated: _____                   United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,** :<br>    Detainee, Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba,                            :<br><br>**SALIEH HUSSAIN ALI AL-MUDAFARI,**            :<br>    as Next Friend of Abdu Al-Qader Hussain<br>    al-Mudafari,                                   :<br><br>                               *Petitioners*,   :<br><br>v.                                                :<br><br>**GEORGE W. BUSH,** *et al*.,                    :<br><br>                               *Respondents*.   : | Civil Action No. 05-CV-02185 (JR) |

**[ALTERNATIVE PROPOSED] ORDER**
**REQUIRING NOTICE PRIOR TO TRANSFER**

       The Court, having considered Petitioner's Motion For A Temporary Restraining Order And Preliminary Injunction Requiring Respondents To Refrain From Removing Petitioner Al-Mudafari From Guantánamo Or, In The Alternative, Requiring Respondents To Provide Counsel For Petitioner Al-Mudafari And The Court With At Least Thirty Days' Notice Of Any Intended Removal Of Petitioner From Guantánamo; and

       HAVING FOUND THAT Petitioner Al-Mudafari will suffer irreparable harm in the absence of immediate action by the Court, and that Petitioner Al-Mudafari's Petition for Issuance of a Writ of Habeas Corpus raises substantial issues; and that the public interest weighs in favor of an order, and that Respondents will not suffer unfair prejudice or harm;

       IT IS HEREBY ORDERED that the Motion is granted; and

       IT IS HEREBY FURTHER ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are required to provide Petitioner's counsel with thirty days' advance notice of any specific plan to remove Petitioner Al-Mudafari

from Guantánamo Bay Naval Base ("Guantánamo"), other than to transfer him to another facility within the United States or to release him within the United States, pending final judgment on the Petition for Issuance of a Writ of Habeas Corpus.

_____
Dated: _____          JAMES ROBERTSON
                                          United States District Judge