UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,**  Detainee, Guantánamo Bay Naval Station  Guantánamo Bay, Cuba,  **SALIEH HUSSAIN ALI AL-MUDAFARI,**  as Next Friend of Abdu Al-Qader Hussain  Al-Mudafari,  *Petitioners*,  v.  **GEORGE W. BUSH,** *et al.*,  *Respondents.* | **Civil Action No. 05-CV-02185 (JR)** |

## [PROPOSED] ORDER

Having considered Respondents' Motion To Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, and it appearing that no good cause exists for granting the motion, it is hereby

ORDERED that Respondents' Motion To Stay Proceedings Pending Related Appeals is DENIED.

IT IS SO ORDERED.

_____
Dated: _____    JAMES ROBERTSON
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,**    Detainee, Guantánamo Bay Naval Station    Guantánamo Bay, Cuba,<br><br>**SALIEH HUSSAIN ALI AL-MUDAFARI,**    as Next Friend of Abdu Al-Qader Hussain    Al-Mudafari,<br><br>                    *Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.*,<br><br>                    *Respondents*. | :<br>:<br>:<br>:<br>:<br>:<br>:  **Civil Action No. 05-CV-02185 (JR)**<br>:<br>:<br>:<br>:<br>:<br>: |

## [PROPOSED] ORDER

Having considered Respondents' Motion To Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, and it appearing that no good cause exists for granting the motion in part, it is hereby:

ORDERED that (i) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (ii) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (iii) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13,

2004, all in the *In re Guantanamo Bay Detainee Cases* (collectively "the Protective Order") shall apply in the above-captioned case;

It is FURTHER ORDERED that the above-captioned case is stayed pending resolution of all appeals in *Khalid v. Bush, Boumediene v. Bush,* Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), *appeals docketed* Nos. 05-5063 (D.C. Cir. Mar. 2, 2005) and *In re Guantanamo Detainee Cases*, No. 02-CV-0299 (CKK) *et al.,* 355 F. Supp. 2d 443 (D.D.C. 2005) *appeal on petition for interlocutory appeal*, No. 05-5064 (D.C. Cir. Mar. 10, 2005).  This stay shall not, however, prevent the parties from availing themselves of the procedures set forth in the Protective Order, nor shall the stay bar the filing or disposition of any motion for emergency relief;

It is FURTHER ORDERED that Respondents shall not transfer, render, repatriate or release Petitioner except to release him from detention within the United States during the pendency of the above-captioned action; and

It is FURTHER ORDERED that Respondents shall provide the factual return for Petitioner to counsel for Petitioner within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated: _____

_____
JAMES ROBERTSON
United States District Judge