UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*,  :
      Petitioners,  :
  v.  : Civil Action No. 05-2185 (JR)
GEORGE W. BUSH, *et al.*,  :
      Respondents.  :

### ORDER

Petitioners' motion for a preliminary injunction [10] is **denied**. Petitioners' consent motion for a protective order [3] is **granted**. Petitioners' motion for an order to show cause [5] is **granted**. Respondents' motion for a stay [7] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. The respondents shall allow petitioners access to counsel and shall provide petitioners a full factual return within 30 days of this order. **IT IS SO ORDERED.**

JAMES ROBERTSON
United States District Judge