UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-2185 (JR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents. | : |

**ORDER**

Upon consideration of petitioners' motion for the *pro hac vice* appearance of Jeffrey I. Lang, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge