IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**ABDU AL-QADER HUSSAIN AL-MUDAFARI,**

**SALIEH HUSSAIN ALI AL-MUDAFARI,**
   as Next Friend of
     Abdu Al-Qader Hussain Al-Mudafari,

   *Petitioners*,

v.

**GEORGE W. BUSH,** *et al.*,

   *Respondents.*

Civil Action No. 05-cv-2185 (JR)

---

### MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PRESERVE ALL MATERIALS, DOCUMENTS AND INFORMATION REGARDING OR RELATED TO PETITIONER AL-MUDAFARI

For the reasons set forth in Petitioners' Statement Of Points And Authorities In Support Of Their Motion For An Order Requiring Respondents To Preserve All Material, Documents And Information Regarding Or Related To Petitioner Al-Mudafari, Petitioner Abdu Al-Qader Hussain Al-Mudafari ("Petitioner Al-Mudafari") by and through his next friend Salieh Hussain Ali Al-Mudafari ("Next Friend Al-Mudafari") (collectively "Petitioners"), respectfully request that this Court enter an order requiring Respondents to preserve all material, documents and information regarding or related to Petitioner Al-Mudafari, including, but not limited to, documents regarding or related to:

    (i)    Petitioner Al-Mudafari's apprehension;
    (ii)   Petitioner Al-Mudafari's detention;
    (iii)  Petitioner Al-Mudafari's statements;
    (iv)  interrogations of Petitioner Al-Mudafari;
    (v)   Petitioner Al-Mudafari's medical and psychological health and any treatment received; and

(vi)     Petitioner Al-Mudafari's proceedings before the Combatant Status Review Tribunal or Annual Review Board and preparation for such proceedings.

Petitioners' requested relief will not unduly burden Respondents.

Pursuant to Local Civil Rule 7(m), counsel for Petitioner Al-Mudafari conferred with counsel for Respondents regarding the relief sought in this motion. Respondents' counsel opposes the motion.

Dated: December 21, 2005.

                 Respectfully submitted,

                 Counsel for Petitioner

                 /s/ John B. Missing
                 John B. Missing (Bar No. 425469)
                 Jennifer C. Argabright (Bar. No. 480763)
                 DEBEVOISE & PLIMPTON LLP
                 555 13th Street, N.W. Ste 1100E
                 Washington, D.C. 20004-1169
                 Tel: (202) 383 8000
                 Fax: (202) 383 8118

                 Jeffrey I. Lang (*pro hac vice*)
                 Jennifer R. Cowan (*pro hac vice* pending*)*
                 Ellen A. Hochberg (*pro hac vice*)
                 Tatia L. Miller
                 DEBEVOISE & PLIMPTON LLP
                 919 Third Avenue
                 New York, NY 10022
                 Tel: (212) 909-6000
                 Fax: (212) 909-6386

                 *Of Counsel*
                 Barbara Olshansky
                 Gitanjali Gutierrez
                 CENTER FOR CONSTITUTIONAL RIGHTS
                 666 Broadway, 7th Floor
                 New York, New York 10012
                 Tel: (212) 614-6439
                 Fax: (212) 614-6499