# EXHIBIT A

PETITIONERS' STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR AN ORDER REQUIRING RESPONDENTS TO PRESERVE ALL MATERALS, DOCUMENTS AND INFORMATION REGARDING OR RELATED TO PETITIONER AL-MUDAFARI

ON BEHALF OF PETITIONERS,

**ABDU AL-QADER HUSSAIN AL-MUDAFARI**

AND NEXT FRIEND,

**SALIEH HUSSAIN ALI AL-MUDAFARI**

- Iraqi detainee abus     Page 1

b6 -1
b7C -1

## URGENT REPORT

DATE:     JUNE 25, 2004

TO:       THE DIRECTOR

CC:       Deputy Director Bruce J. Gebhardt
          EAD Cassandra Chandler
          EAD John Pistole
          AD Grant Ashley
          AD Gary Bald
          SC Arthur Cummings

b6 -1     UC
b7C -1    SSA
          CT Watch
          SIOC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-04-2004 BY 61579 DMH/PLB/JAC 04-cv-415

FROM:     SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:  ASAC David A. Picard     b2 -1
                                   (Main Office)

PREPARER OF URGENT REPORT:   SSA                            b2 -1
                                                             b6 -1
                                                             b7C -1

b7A -1    PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3     AN INDIVIDUAL _____ WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3    IN ____ IRAQ DURING THE PERIOD OF _____ IT IS BEING
b7D -1    FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
          PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
          TO THE DIRECTOR.

b7A -1    SUBJECT: PRELIMINARY STATEMENTS MADE BY _____
b6 -1,3   _____ TO SACRAMENTO SPECIAL AGENTS _____
b7C -1,3  AND _____
b7D -1
          DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

_____ was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses ▬▬ | Page 2

b6 -1
b7C -1

## URGENT REPORT

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

b7A -1
b6 -3
b7C -3
b7D -1

▬▬▬▬▬▬ came into the Sacramento Field Office and provided the following:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▬▬▬▬▬▬▬▬▬▬▬▬▬▬ was providing this information to the FBI based on his knowledge that ▬▬▬▬▬▬▬▬▬▬ were engaged in a cover-up of these abuses. He stated these cover-up efforts included ▬▬▬▬▬

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

b7A -1
b6 -3,4
b7C -3,4
b7D -1

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

▬▬▬▬▬▬▬▬▬▬▬▬

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

Page 3

b6 -1
b7C -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [    ] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1611

1611

4912