IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2185 (JR) |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO SUBMIT CLASSIFIED VERSIONS OF THE FACTUAL RETURN
PERTAINING TO PETITIONER ABDU AL-QADER HUSSAIN AL-MUDAFARI**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them a two-day extension of time, until 9:00 a.m. on January 5, 2006, in which to submit the classified versions of the factual return pertaining to petitioner Abdu Al-Qader Hussain Al-Mudafari. Respondents will submit the unclassified version of the factual return on January 3, 2006, as required by the Court's December 2, 2005 Order (dkt. no. 16). Counsel for petitioner and respondents have conferred, and petitioner's counsel does not oppose the relief requested herein. As grounds for this unopposed motion, respondents state as follows:

1.      This case is a petition for a writ of habeas corpus filed on behalf of an alien detained at Guantanamo Bay as an enemy combatant, and is one of over 200 such cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2.      On November 15, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 7).

3.      On December 2, 2005, the Court granted respondents' motion to stay proceedings, but also ordered respondents to produce a factual return pertaining to petitioner by January 3, 2006 (dkt. no. 16).

4.      Respondents respectfully request that they be granted a two-day extension of time, until 9 a.m. on January 5, 2006, to submit the classified versions of the factual return pertaining to petitioner Al-Mudafari. As explained in respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Certain individuals involved in this agency review process will be unable to complete their review of the factual return pertaining to petitioner Al-Mudafari by January 3, 2006. Thus, although respondents will submit the unclassified version of this factual return by January 3, 2006, respondents request a two-day extension in order to complete the review process for the classified versions of the

factual return so that they may be made available to the Court[1] and cleared counsel in accordance with all applicable statutes, regulations, and Executive Orders.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them a two-day extension of time, until 9:00 a.m. on January 5, 2006, in which to submit the classified versions of the factual return pertaining to petitioner Abdu Al-Qader Hussain Al-Mudafari. Respondents will submit the unclassified version of the factual return by January 3, 2006, as ordered by the Court. A proposed order is attached.

Dated: December 29, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] Respondents request an extension to submit the *in camera* version of the factual return because the highlighting contained therein will be based, in part, on the version of the factual return made available to counsel in the secure facility.

20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents