IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　　President of the United States,<br>　　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-2185 (JR) |

**(PROPOSED) ORDER**

Having considered Respondents' Unopposed Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Abdu Al-Qader Hussain Al-Mudafari, it is hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents shall submit the classified versions of the factual return pertaining to petitioner Abdu Al-Qader Hussain Al-Mudafari on or before 9:00 a.m. on January 5, 2006.  Respondents shall submit the unclassified version of the factual return by January 3, 2006.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge