IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
**ABDU AL-QADER HUSSAIN**               :
**AL-MUDAFARI,**                        :
                                        :
   **SALIEH HUSSAIN ALI**   :
                                        :
   **AL-MUDAFARI,**          :
    as Next Friend of Abdu  :
    Al-Qader Hussain Al-Mudafari, :
                                        :
*Petitioners*,                          :
                                        :
   v.                       :   Civil Action No. 05-cv-2185 (JR)
                                        :
**GEORGE W. BUSH, et al.,**             :
                                        :
*Respondents*.                          :
_____  :
                                        :
**IBRAHIM OSMAN IBRAHIM IDRIS,**        :
                                        :
   *Petitioner*,             :
                                        :
   v.                        :   Civil Action No. 05-cv-1555 (JR)
                                        :
**GEORGE W. BUSH, et al.,**             :
   *Respondents*.            :
_____  :

## [PROPOSED] ORDER

Having considered Petitioners' Unopposed Motion For An Extension Of

Time To File Reply Memoranda In Further Support Of Their Motions For Orders

Requiring Respondents To Preserve All Materials, Documents And Information Regarding Or Related To Petitioners, it is hereby

**ORDERED,** that Petitioners' unopposed motion is **GRANTED**. Petitioners shall submit their reply memoranda in further support of their motions for preservation orders on or before January 19, 2006.

Dated: _____

_____
JAMES ROBERTSON
United States District Judge