IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-2185 (JR) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated December 2, 2005, (dkt. no. 16) that prohibits the transfer or release of petitioner from Guantanamo Bay Naval Base.

Dated: January 30, 2006						Respectfully submitted,

							PETER D. KEISLER
							Assistant Attorney General

							KENNETH L. WAINSTEIN
							United States Attorney

							DOUGLAS N. LETTER
							Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ (WA State Bar No. 33907)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2006, I caused the foregoing Notice of Appeal to be served on counsel listed below by electronic mail:

>Jennifer Caitlin Argabright
>John B. Missing
>DEBEVOISE & PLIMPTON, LLP
>555 13th Street, NW, Ste. 1100E
>Washington, D.C. 20004
>jcargabr@debevoise.com
>jmissing@debevoise.com
>
>Ellen A. Hochberg
>Jeffrey I. Lang
>DEBEVOISE & PLIMPTON, LLP
>919 Third Ave.
>New York, NY 10022
>ehochberg@debevoise.com
>jilang@debevoise.com

*/s/ Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents