UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
**ABDU AL-QADER HUSSAIN AL-MUDAFARI,**   :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,   :

**SALIEH HUSSAIN ALI AL-MUDAFARI,**   :
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari,   :
                                                   Civil Action No. 05-CV-02185
                      *Petitioners,*   :   (JR)

v.   :

**GEORGE W. BUSH,** *et al.*,   :

                    *Respondents.*   :
------------------------------------------------------------------------ x

### MOTION OF DAVID W. RIVKIN FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, David W. Rivkin, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Rivkin provides his declaration, attached as Exhibit A.

Dated: March 10, 2006.

                                      Respectfully submitted,

                                      Counsel for Petitioners:

                                      /s/ John B. Missing
                                      John B. Missing (Bar No. 425469)
                                      DEBEVOISE & PLIMPTON LLP
                                      555 13th Street, N.W.
                                      Washington, D.C. 20004-1169
                                      Tel: (202) 383 8000
                                      Fax: (202) 383 8118

22146401v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x

**ABDU AL-QADER HUSSAIN AL-MUDAFARI,**
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

**SALIEH HUSSAIN ALI AL-MUDAFARI,**
    as Next Friend of Abdu Al-Qader Hussain
    Al-Mudafari, :

                                                Civil Action No. 05-CV-02185
                      *Petitioners*,    :    (JR)

v. :

**GEORGE W. BUSH**, *et al.*, :

                     *Respondents.*    :

------------------------------------------------------------------------ x

### DECLARATION OF DAVID W. RIVKIN

I, DAVID W. RIVKIN ("Applicant"), declare as follows:

1.    <u>Request for Admission</u>:  Applicant is a partner in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners Abdu Al-Qader Hussain Al-Mudafari and Salieh Hussain Ali Al-Mudafari.

2.    <u>Name and Address of Applicant's Law Firm</u>:
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel: 212-909-6000
Fax: 212-909-6836

3.    <u>Bar Admission(s)</u>:  Applicant is a member of the Bar of the State of New York and is also registered to practice before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of

22146401v1

Appeals for the Third Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.  <u>Certification of Good Standing</u>:  Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association.  There are no pending disciplinary proceedings against Applicant.

5.  <u>Previous Appearances in this Court</u>:  Applicant has not been admitted *pro hac vice* in this Court within the last two years.  However, Applicant is counsel to two other detainees at Guantanamo Bay in habeas proceedings before this Court, and has *pro hac vice* motions pending in those actions.

6.  <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 10th day of March 2006.

_____
David W. Rivkin

22146401v1