IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDU AL-QADER HUSSAIN AL-MUDAFARI,**   Detainee, Guantánamo Bay Naval Station   Guantánamo Bay, Cuba,  **SALIEH HUSSAIN ALI AL-MUDAFARI,**   as Next Friend of Abdu Al-Qader Hussain   Al-Mudafari,  *Petitioners*,  v.  **GEORGE W. BUSH,** *et al.*,  *Respondents*. | :  :  :  :  :  :  :  :  Civil Action No. 05-CV-02185 (JR)  :  :  :  :  :  :  : |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Please take notice that Petitioner, by and through his undersigned counsel, respectfully submits the attached Memorandum of Understanding Executed by Elaina Loizou.

                                                                  /s/ Jeffrey Lang
                                                 Admitted *pro hac vice*

                                                 Jeffrey I. Lang
                                                 DEBEVOISE & PLIMPTON LLP
                                                 919 Third Avenue
                                                 New York, NY 10022
                                                 Tel: (212) 909-6000
                                                 Fax: (212) 909-6836

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, : <br>    Detainee, Guantánamo Bay Naval Station <br>    Guantánamo Bay, Cuba,                         : <br><br> SALIEH HUSSAIN ALI AL-MUDAFARI,   : <br>    as Next Friend of Abdu Al-Qader Hussain <br>    Al-Mudafari,                                 : <br>                                                 Petitioners,  : <br><br> v.                                                       : <br><br> GEORGE W. BUSH, *et al.*,                : <br><br>                                                *Respondents.*  : | Civil Action No. 05-CV-02185 (JR) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
## CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

    (1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Al-Mudafari v. Bush, et al.*, Civ. Action No. 05-cv-2185 (JR).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Al-Mudafari v. Bush, et al.*, Civ. Action No. 05-cv-2185 (JR), and I agree to comply with the provisions thereof.

Dated: March 10, 2006

_____
Elaina Loizou

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Al-Mudafari v. Bush, et al.*, Civ. Action No. 05-cv-2185 (JR), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanction by the Court.

Dated: March 10, 2006

_____
Elaina Loizou

22150404v1