UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

ABDU AL-QADER HUSSAIN AL-MUDAFARI, :
   Detainee, Guantánamo Bay Naval Station
   Guantánamo Bay, Cuba, :

SALIEH HUSSAIN ALI AL-MUDAFARI, :
   as Next Friend of Abdu Al-Qader Hussain
   Al-Mudafari, :

                              Civil Action No. 05-CV-02185
               *Petitioners*, : (JR)

v. :

GEORGE W. BUSH, *et al.*, :

               *Respondents*. :

---

**PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION
FOR PROCEDURES RELATED TO REVIEW
OF CERTAIN DETAINEE MATERIALS**

      Petitioner Abdu Al-Qader Hussain Al-Mudafari opposes Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and respectfully refers the Court to the memorandum of law in opposition to the Respondents' motion submitted by petitioner Ibrahim Osman Ibrahim Idris in *Idris v. Bush*, No. 05-CV-01555 (JR) (July 21, 2006), which is attached as Exhibit 1 and incorporated herein by reference.  For the reasons stated in that memorandum of law, Petitioner respectfully requests that Respondents' motion be denied or, in the alternative, that any review permitted be conducted by the Court or a special master under procedures designed to minimize infringement on Al-Mithali's right to counsel.

      Dated:  July 21, 2006.

22245822v1

Respectfully submitted,

Counsel for Petitioners:

 /s/ Jeffrey I. Lang
Jeffrey I. Lang  (admitted *pro hac vice*)
Jennifer R. Cowan (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6386

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118

22245822v1