# **Exhibit 2**

To The Petitioners' Opposition To Respondents' Motion For Procedures Related to Review of Certain Detainee Materials

On Behalf of Petitioner,

**ABDU AL-QADER HUSSAINAL-MUDAFARI**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------- x
**ABDU AL-QADER HUSSAIN AL-MUDAFARI**,  :
   Detainee, Guantánamo Bay Naval Station
   Guantánamo Bay, Cuba,  :

**SALIEH HUSSAIN ALI AL-MUDAFARI**,  :
   as Next Friend of Abdu Al-Qader Hussain
   Al-Mudafari,  :

              *Petitioners*,  :  Civil Action No. 05-CV-02185
                                     (JR)

v.  :

**GEORGE W. BUSH**, *et al.*,  :

              *Respondents*.  :
------------------------------------------------------------------- x

## [PROPOSED] ORDER REGARDING
## RESPONDENTS' MOTION FOR PROCEDURES
## RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS

     Respondents' Motion for Procedures Related to Review of Certain Detainee Materials is hereby DENIED.  Respondents are hereby ordered to return all privileged materials to Petitioner Abdu Al-Qader Hussain Al-Mudafari and to cease interference with Petitioner's attorney-client communications, including delivery of Petitioner's legal mail.

     **SO ORDERED.**

Dated: _____         _____
                                                James Robertson
                                                United States District Judge

22246486v1