IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, <br>   Detainee, Guantánamo Bay Naval Station <br>   Guantánamo Bay, Cuba, <br><br> SALIEH HUSSAIN ALI AL-MUDAFARI, <br>   as Next Friend of <br>   Abdu Al-Qader Hussain Al-Mudafari, <br><br>     *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br>     *Respondents.* | Civil Action No. 05-cv-02185 (JR) |

**NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING
REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Please take notice that Petitioner, by and through his undersigned counsel, respectfully submits the attached Memorandum of Understanding Executed by Anupama Chaturvedi Connor.

                        /s/ Jennifer R. Cowan
                        Admitted *pro hac vice*

                        Jennifer R. Cowan
                        DEBEVOISE & PLIMPTON LLP
                        919 Third Avenue
                        New York, NY 10022
                        Tel: (212) 909-6000
                        Fax: (212) 909-6836