**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
ABDU AL-QADER HUSSAIN AL-      :
MUDAFARI, et al.,              :
                              :
         Petitioners,         :
                              :
     v.                       : Civil Action No. 05-2185 (JR)
                              :
GEORGE W. BUSH, et al.,        :
                              :
         Respondents.         :
```

**ORDER**

It is by the Court *sua sponte* **ORDERED**, on the authority of Boumediene v. Bush and Al Odah v. United States, 476 F.3d 981 (D.C. Cir.), cert. denied 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.


JAMES ROBERTSON
United States District Judge