# EXHIBIT C

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5194**  **September Term, 2006**

04cv02022

Filed On: April 9, 2007 [1033613]

Saifullah Paracha, Detainee, Guantanamo Bay Naval Station and Farhat Paracha, Next Friend,
    Appellants

    v.

George W. Bush, Jr., et al.,
    Appellees
_____

Consolidated with 05-5211, 05-5333

---

06-1038

Saifullah Paracha,
    Petitioner

    v.

Robert M. Gates, Secretary of Defense,
    Respondent

---

06-1117

Saifullah Paracha,
    Petitioner

    v.

Robert M. Gates, Secretary of Defense,
    Respondent

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5194**  **September Term, 2006**

**BEFORE:**  Ginsburg, Chief Judge, Randolph, Circuit Judge, and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of respondents-appellees to govern future proceedings and to dismiss Nos. 05-5194, 05-5211, and 05-5333, to proceed with petition for review No. 06-1038, and to dismiss No. 06-1117; and the motion of petitioner-appellant to consider and grant his dispositive motion, it is

**ORDERED** that the motion of petitioner-appellant to consider and grant his dispositive motion in all of his cases be denied without prejudice to any claims raised by petitioner in No. 06-1038.  It is

**FURTHER ORDERED** that Nos. 05-5194 and 05-5333 be remanded to the district court with instructions to dismiss the petitions for writ of habeas corpus for lack of jurisdiction.  See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007), cert. denied, ___ S.Ct. ___, 2007 WL 957363 (April 2, 2007) (No. 06-1195, 06-1196).  It is

**FURTHER ORDERED** that No. 05-5211 be dismissed as moot without prejudice to any claims raised by petitioner in No. 06-1038.  It is

**FURTHER ORDERED** that petitioner's motions relating to conditions of his confinement be dismissed.  The court lacks jurisdiction to consider these claims.  See 28 U.S.C. § 2241(e); Section 7(a) of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006).  It is

**FURTHER ORDERED** that No. 06-1117 be dismissed.  The court lacks jurisdiction to review Administrative Review Board determinations.  See Sections 1005(e)(2)(A), (e)(3)(A) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 (2005).  It is

**FURTHER ORDERED** that the following briefing schedule apply in No. 06-1038:

| | |
|---|---|
| Brief for Petitioner | July 16, 2007 |
| Appendix | July 16, 2007 |
| Brief for Respondent | August 15, 2007 |
| Reply Brief for Petitioner | August 31, 2007 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 05-5194**                                                              **September Term, 2006**

      The parties are directed to take into account the court's disposition of No. 06-1197, <u>Bismullah v. Gates</u>, and No. 06-1397, <u>Parhat v. Gates</u> (scheduled for argument on May 15, 2007), in addressing issues related to discovery and this court's scope of review.  The court will not entertain any motions for extension of time to file briefs but may permit supplemental briefing if No. 06-1197 and No. 06-1397 are decided after completion of briefing in No. 06-1038.  The briefs and appendix are to be filed and served by hand by 4:00 p.m. on the date each is due.  It is

      **FURTHER ORDERED** that No. 06-1038 be scheduled for oral argument on September 17, 2007, at 9:30 a.m. before Chief Judge Ginsburg, Circuit Judge Randolph, and Senior Circuit Judge Edwards.  The time and date of oral argument will not change absent further order of the court.  The parties will be notified by separate order of the allocation of time for oral argument.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate in Nos. 05-5194, 05-5333, and 06-1117 until seven days after disposition of any timely petition for rehearing or rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

BY:

                                        Deputy Clerk