IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civ. No. 05-CV-1555 (JR) |
| ABDU AL QADER HUSSAIN<br>AL-MUDAFARI, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civ. No. 05-CV-2185 (JR) |

**NOTICE OF FILING OF REPLY MEMORANDA IN SUPPORT OF APRIL 13, 2007 MOTIONS TO ALTER OR AMEND THE JUDGMENT OF DISMISSAL AND FOR STAY-AND-ABEY ORDERS**

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioners Ibrahim Osman Ibrahim Idris and Abdu al Qader Hussain al-Mudafari hereby give notice that on May 7, 2007 copies of Petitioners' reply memoranda in support of April 13, 2007 Motions to Alter or Amend the Judgment of Dismissal and for Stay-and-Abey Orders were submitted to the Court Security Officer for filing and review for public filing.

The reply memoranda will be filed via the Electronic Case Filing System when it has been cleared for public filing by the Court Security Office.

22459885v1

Respectfully submitted,

 /s/  Jennifer Cowan
Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6836


John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118


Shayana Kadidal (Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499


Counsel for Petitioner

May 7, 2007

22459885v1