**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI,<br><br>SALIEH HUSSAIN ALI AL-MUDAFARI,<br>    as Next Friend of Abdu Al-Qader Hussain<br>    Al-Mudafari,<br><br>    Petitioners,<br><br>v.<br><br><br>GEORGE W. BUSH, *et al*.,<br><br>    Respondents. | Case No. 1:05-cv-02185 (JR)<br><br><br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO VACATE DISMISSAL AND MOTION TO SET A SCHEDULING CONFERENCE** |

For the reasons set forth in Petitioner's Statement of Points and Authorities in Support of Petitioners' Unopposed Motion to Vacate Dismissal and Motion to Set a Scheduling Conference, the Court herby GRANTS Petitioner's Unopposed Motion to Vacate Dismissal and Motion to Set a Scheduling Conference.

The dismissal entered by order of April 5, 2007 [Docket No. 53] is vacated. The Court will conduct a status conference at _____ _.m. on July __, 2008.


_____
JAMES ROBERTSON
United States District Judge