**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*, | : |
| | : |
| Petitioners, | : |
| | : |
| v. | : Civil Action No. 05-2185 (JR) |
| | : |
| BARACK OBAMA, *et al.*, | : |
| | : |
| Respondents. | : |

**ORDER**

Upon review of Petitioner's request for production of documents and Respondents' opposition, requests 4-7 are **denied**, and requests 1-3 are **denied without prejudice** to a further motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse.

The parties are directed to meet and confer and propose a schedule for going forward, now that the questions about Petitioner's representation have been resolved.

It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge