UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――― x
ABDU AL QADER HUSSAIN AL-         :
MUDAFARI,                         :
                                  :
        Petitioner,           :
                                  :   Civil Action No. 05-cv-2185 (RCL)
        v.                    :
                                  :
BARACK H. OBAMA, *et al.*,        :
                                  :
        Respondents.          :
―――――――――――――――――――― x

## ~~PROPOSED~~ <ins>A</ins> ORDER GRANTING PETITIONER'S CONSENT MOTION FOR EXTENSION OF TIME

Upon consideration of Petitioner's Consent Motion for Extension of Time, the motion is GRANTED. It is hereby

1. ORDERED that Petitioner shall file his motion for additional discovery on or before February 18, 2011;

2. ORDERED that Respondent shall file their response to Petitioner's motion for discovery on or before March 25, 2011;

3. ORDERED that Petitioner shall file his reply to Respondents' response on or before April 8, 2011.

4. ORDERED that within fourteen days of the Court ruling on Petitioner's motion for discovery, the parties will file a Joint Status Report proposing a schedule for moving forward with this matter.

SO ORDERED.

_____2/1/11_____                    _____
Date                                  Honorable Royce C. Lamberth
                                      Chief Judge