UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABDU AL QADER HUSSAIN AL-MUDAFARI,

   Petitioner,

v.

BARACK H. OBAMA, *et al.*,

   Respondents.

Civil Action No. 05-cv-2185 (RCL)

---

## ~~PROPOSED~~ ORDER HOLDING IN ABEYANCE RESPONDENTS' MOTION TO DEEM PROTECTED INFORMATION HIGHLIGHTED IN THE ACCOMPANYING PROPOSED PUBLIC FACTUAL RETURN FOR ISN 040

Upon consideration of Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 040 ("Respondents' Instant Motion"), and Petitioner's Consent to Hold in Abeyance that motion, it is hereby:

1. ORDERED that Respondents' Instant Motion shall be held in abeyance until Judge Hogan rules on Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns (08-mc-442, Dkt. No. 1942) ("Respondents' Global Motion");

2. ORDERED that Petitioner shall file his response to Respondents' Instant Motion within 21 days of Judge Hogan's ruling on Respondents' Global Motion.

SO ORDERED.

7/11/11
Date

Honorable Royce C. Lamberth
Chief Judge