IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI, ) ) Petitioner, ) ) v. ) ) BARACK OBAMA, ) President of the United States, *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-2185 (RCL) |

~~[PROPOSED]~~ ORDER

Upon consideration of Respondents' Unopposed Motion for Extension of Time, Respondents' request for a thirty-day extension of time, to file their opposition / response to Petitioner's Motion for Voluntary Dismissal without Prejudice and for Continued Access Pursuant to the Protective Order (see Dkt. No. 268) on or before December 14, 2011, is hereby GRANTED.

SO ORDERED.

Date: 11/14/11

ROYCE C. LAMBERTH
CHIEF JUDGE

FILED
NOV 1 5 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1