UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 05-2185 (RCL)<br><br>**FILED**<br>JAN 2 7 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

Before the Court is the petitioner's Consent Motion to Stay [265] the proceedings, filed on June 28, 2011. The petitioner filed a motion for voluntary dismissal without prejudice and for continued access pursuant to the protective order [268] on October 28, 2011. Although the government is currently finalizing its position on the issue of the petitioner's continued access to counsel, it does not oppose dismissal without prejudice. Accordingly, the Court determines that the instant motion to stay is moot. It is therefore hereby

**ORDERED** that the petitioner's motion is **DENIED** as moot.

**SO ORDERED** this 27th day of January 2012.

ROYCE C. LAMBERTH
Chief Judge
United States District Court