IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI,  )<br><br>Petitioner,  )<br><br>v.  )<br><br>BARACK OBAMA,  )<br>President of the United States, *et al.,*  )<br><br>Respondents.  ) | Civil Action No. 05-2185 (RCL)<br><br>**FILED**<br><br>**JAN 2 7 2012**<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

[~~PROPOSED~~] ORDER

Upon consideration of Respondents' Third Unopposed Motion for Extension of Time to file their opposition or response to Petitioner's Motion for Voluntary Dismissal without Prejudice and for Continued Access Pursuant to the Protective Order (see Dkt. No. 268), Respondents' request is hereby GRANTED, such that:

(1) On or before January 31, 2012, Respondents will file either an opposition to Petitioner's request for continued counsel access, or Respondents will file a status report indicating that they would agree to some form of continued counsel access; and

(2) Should Respondents file a status report, and the parties are thereafter unable to resolve any differences they may have regarding the issue of continued counsel access, Respondents will file an opposition on February 14, 2012.

SO ORDERED.

Date: __1/27/12__

_____
ROYCE C. LAMBERTH
CHIEF JUDGE

1