IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 05-2185 (RCL) |

[~~PROPOSED~~] ORDER

**FILED**
**JAN 3 1 2012**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Upon consideration of Respondents' Fourth Unopposed Motion for Extension of Time, Respondents' request for a ninety-day extension of time, to file their opposition or response to Petitioner's Motion for Voluntary Dismissal without Prejudice and for Continued Access Pursuant to the Protective Order (see Dkt. No. 268) on or before April 30, 2012, is hereby GRANTED. The Court does not expect to further extend this deadline.

SO ORDERED.

Date: 1/31/12

ROYCE C. LAMBERTH
CHIEF JUDGE

1